In the Interest of J.F.C., Plaintiff.

C.C. (Mother), Appellant,

J.M. (Father), Defendant,

v.

Juvenile Officer, Respondent.

No. WD 63049.

Missouri Court of Appeals, Western District.

Feb. 17, 2004.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 30, 2004.

Sherry L. Darling, Kirksville, MO, for Plaintiff.

Seth D. Shumaker, Kirksville, MO, for Appellant.

Rickey R. Roberts, Kahoka, MO, for Respondent.

J.M., for Defendant.

Before: LISA WHITE HARDWICK, P.J., PAUL M. SPINDEN and THOMAS H. NEWTON, JJ.

### ORDER

PER CURIAM.

C.C. appeals from the judgment of the circuit court, juvenile division, which terminated her parental rights. We conclude that the circuit court's finding of abandonment is supported by clear, cogent, and convincing evidence. A memorandum set-

ting forth the rationale for our decision has been furnished to the parties. Rule 84.16(b).